**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC WASHINGTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada; ANDREW BUCKLAND, an individual; <br><br> Defendants. | CASE NO. 2:24-cv-00209-JAD-BNW <br><br> **STIPULATION AND ORDER TO AMEND CAPTION** |

Plaintiff, ISAAC WASHINGTON, by and through his counsel, Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and ANDREW BUCKLAND, by and through their counsel Craig R. Anderson, Esq. of MARQUIS AURBACH CHTD. hereby enter into this stipulation to allow Plaintiff to amend the caption. As such, the Parties stipulate as follows:

**IT IS HEREBY STIPULATED** that the caption of this case shall hereby be amended to include the full name of Defendant, ANDREW BUCKLAND, formerly identified as OFFICER BUCKLAND.

/ /

/ /

/ /

/ /

IT IS FURTHER STIPULATED that in light of this amendment and service issues Plaintiff has experienced serving Defendant BUCKLAND, that the time to serve the summons and complaint on BUCKLAND shall be extended up to and including April 12, 2024.

**IT IS SO AGREED.**

DATED this 22nd day of February, 2024.              DATED this 22nd day of February, 2024.

**BREEDEN & ASSOCIATES, PLLC**                       **MARQUIS AURBACH**

*/s/ Adam J. Breeden, Esq.*                          */s/ Craig R. Anderson, Esq.*
**ADAM J. BREEDEN, ESQ.**                            **CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 008768                                Nevada Bar No. 6882
7432 W. Sahara Ave., Suite 101                       10001 Park Run Drive
Las Vegas, Nevada 89117                              Las Vegas, NV 89145
Phone: (702) 819-7770                                Phone: (702) 382-0711
Fax: (702) 819-7771                                  Fax: (702) 382-5816
Adam@Breedenandassociates.com                        canderson@maclaw.com
*Attorneys for Plaintiff*                            *Attorney for Las Vegas Metro Police Dept. & Andrew Buckland*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

2