**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD and Officer Buckland

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC WASHINGTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada and the State of Nevada and OFFICER BUCKLAND, an individual,<br><br>　　　　　　Defendants | Case Number:<br>2:24-cv-00209-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br><br>ECF No. 19 |

　　　　IT IS HEREBY STIPULATED between Plaintiff Isaac Washington, by and through his attorney of record, Breeden & Associates, PLLC and Defendants Las Vegas Metropolitan Police Department and Officer Buckland, by and through their attorney of record, Marquis Aurbach, that the above-referenced matter be dismissed with prejudice.

　　　　IT IS FURTHER STIPULATED both parties bear their own attorney fees and costs.

　　　　IT IS SO STIPULATED this 22nd day of May, 2024.

| | |
|---|---|
| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
| By: */s/ Craig R. Anderson*<br>　　Craig R. Anderson, Esq.<br>　　Nevada Bar No. 6882<br>　　10001 Park Run Drive<br>　　Las Vegas, Nevada 89145<br>　　Attorney for Defendants | By:　*s/Adam J. Breeden*<br>　　Adam J. Breeden, Esq<br>　　Nevada Bar No. 8768<br>　　7432 W. Sahara Ave., Ste. 101<br>　　Las Vegas, Nevada 89117<br>　　Attorney for Plaintiff |

MAC:14687-485 5478860_1 5/22/2024 9:39 AM

Case Number: 2:24-cv-00209-JAD-BNW

Washington v. LVMPD, et al.

# **ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 22, 2024